IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

CLARENCE BROOKS, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 10-0612-M
:
MICHAEL J. ASTRUE, :
Commissioner of Social Security,:
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Petitioner Clarence Brooks.

DONE this 11th day of July, 2011.

                                      s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE